IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE FOWLER, 10664569, | No. C 10-03696 CRB (PR) |
| Plaintiff, | ORDER |
| v. | (Docket # 18) |
| SGT GOMEZ, et al., | |
| Defendants.                                / | |

    Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion for summary judgment is GRANTED. Plaintiff shall file an opposition by no later than February 17, 2012, and defendants shall file a reply within 15 days thereafter.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 18.

SO ORDERED.

DATED: DEC 21 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Fowler, A1.eot2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE FOWLER,<br><br>            Plaintiff,<br><br>v.<br><br>SGT GOMEZ et al,<br><br>            Defendant. | Case Number: CV10-03696 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antoine L. Fowler 10664569
The Flood Building, No. 424
870 Market Street
San Francisco, CA 94102

Dated: December 21, 2011

                                                Richard W. Wieking, Clerk

                                                *Tracy Lucero*

                                                By: Tracy Lucero, Deputy Clerk